UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL D. MCGHEE,
    Plaintiff,

vs.                                            Case No.:  3:21cv915/TKW/EMT

CALIFORNIA DEP'T OF CORR.
and FLORIDA DEP'T OF CORR.,
    Defendants.
                                         /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to completely disclose his litigation history.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** as malicious, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1).

3. The Clerk shall enter judgment in accordance with this order and close the case.

**DONE and ORDERED** this 20th day of September, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No.:  3:21cv915/TKW/EMT